# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> Sherlinda R Roberts <br><br> Debtor(s) | Case No. 13-00343 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/04/2013.

2) The plan was confirmed on 03/08/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/27/2013.

5) The case was converted on 02/05/2014.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | |
|---|---|
| Total paid by or on behalf of the debtor | $971.86 |
| Less amount refunded to debtor | $46.15 |
| **NET RECEIPTS:** | **$925.71** |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $36.09 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$36.09** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVENTIST BOLINGBROOK MED CT | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 1,854.00 | NA | NA | 0.00 | 0.00 |
| ALAN VILLANEUVA DMD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALLIED DATA CORP | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| ANDERSON FIN NETWORK | Unsecured | 1,267.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 217.00 | NA | NA | 0.00 | 0.00 |
| AUTOMATED COLLECTIONS SERVIC | Unsecured | 366.00 | 366.00 | 366.00 | 5.37 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 19.53 | NA | NA | 0.00 | 0.00 |
| BANK ONE/JPM CHASE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| BILL & PATTIE RIBAN | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| BILL RIBAN | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES INC | Unsecured | 1,373.00 | NA | NA | 0.00 | 0.00 |
| CB USA INC | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| CMK INVESTMENTS | Unsecured | 1,152.00 | 2,306.00 | 2,306.00 | 49.18 | 0.00 |
| COLLEGE OF DUPAGE | Unsecured | 571.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 437.00 | 1,336.00 | 1,336.00 | 19.59 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | NA | 14,672.81 | 14,672.81 | 303.70 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DICKS TOWING | Unsecured | 1,373.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| INFINITE SELF STORAGE | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,400.00 | 438.71 | 438.71 | 438.71 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 530.02 | 530.02 | 7.77 | 0.00 |
| MARY MONACO | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MERCHANTS CREDIT GUIDE | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,485.00 | 877.51 | 877.51 | 12.87 | 0.00 |
| MIDWEST SURGERY SC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MM AHSAN SC | Unsecured | 283.00 | NA | NA | 0.00 | 0.00 |
| MOURICE NEMRI MD | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL RECOVERY AGENCY | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,565.00 | 1,647.91 | 1,647.91 | 24.16 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL FACULT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NU WAY/TINLEY PARK DISPOSAL | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| REHAB INSTITUTE OF CHICAGO | Unsecured | 508.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICE | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 690.59 | 690.59 | 10.13 | 0.00 |
| THE PEDIATRIC FACULITY INC | Unsecured | 186.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL SERVICES | Unsecured | 1,809.00 | 1,237.16 | 1,237.16 | 18.14 | 0.00 |
| TRIESSENT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 382.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Unsecured | 1,466.00 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $438.71 | $438.71 | $0.00 |
| **TOTAL PRIORITY:** | **$438.71** | **$438.71** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,664.00** | **$450.91** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $36.09 |
| Disbursements to Creditors | $889.62 |
| **TOTAL DISBURSEMENTS:** | **$925.71** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/24/2014                    By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**